IN THE DISTRICT COURT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| ECCLESIASTES MATTHEWS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:06-cv-00925-CEJ-TCM |
| JAMES PURKETT | ) |
| Respondent. | ) |

```
MOTION:
Granted    ✓
Denied     ____
Overruled  ____
Date       ____
[signature] 2/4/09
```

**Motion for Withdrawal of Attorney**

I request permission from the Court to withdraw as counsel for respondents; I no longer work for the Missouri Attorney General's Office. Assistant Attorney Generals Stephen Hawke and Caroline M. Coulter would remain counsel of record for respondent.

Respectfully submitted,

/s/
RONALD S. RIBAUDO
Mo. Bar. #53833

THE RIBAUDO LAW FIRM
#1 Bridlewood Dr.
Lake St. Louis, MO 63367
Phone: (314) 768-0184
Fax:   (636) 561-1380
ron@ribaudolaw.com
www.ribaudolaw.com

Certificate of Service

On February 10, 2009, I mailed by first-class mail a copy of the foregoing motion to Ecclesiastes Matthews, #1074074, Potosi Correctional Center, 11593 State Highway O, Mineral Point, MO 63660.

/s/
Ronald S. Ribaudo